In the Matter of the Application of CITY OF BEACON, Respondent, for the Appointment of Commissioners to Appraise Damages for Acquiring Lands of LEWIS EBERT, Appellant.— Orders of the County Court of Dutchess county reversed on the law, with costs, and proceeding dismissed, with costs. We are of

684

opinion that the County Court was without power to make the order of September 10, 1930, because the preliminary requirements specified in section 40 of the City Charter had not been complied with. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.